**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-03118-RPM-MEH

DARREL TROUT,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.

_____

**NOTICE OF SETTLEMENT**
_____

    COME NOW the Plaintiff and Defendant by and through their counsel of record and for their Notice of Settlement, hereby state as follows:

1.     The Plaintiff and Defendant have reached a settlement.

2.     The Parties will be filing a Stipulation of Dismissal with Prejudice, with each party to pay his or its own attorneys' fees and costs, once the settlement documents have been executed by the parties and delivered to all counsel. The parties expect this to happen by March 24, 2011.

Dated: February 24, 2011.

| | |
|---|---|
| s/ Craig Ehrlich | s/ Louis Leonard Galvis |
| Craig Ehrlich | Louis Leonard Galvis |
| Weisberg & Meyers LLC | Sessions, Fishman, Nathan & Israel, LLC |
| 5025 N. Central Ave., # 602 | 645 Stonington Lane |
| Phoenix, AZ 85012 | Fort Collins, CO 80525 |
| Telephone: (602) 445-9819 | Telephone: (970) 223-4420 |
| Attorney for the Plaintiff | Attorneys for the Defendant |