**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-03118-RPM-MEH

DARREL TROUT,

    Plaintiff

v.

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys of record, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) that the above-entitled action has been settled, and the parties hereby stipulate to its dismissal on its merits with prejudice, with each party to pay his or its own attorney's fees and costs, and pray that a judgment of dismissal with prejudice and on the merits be entered in the above entitled action pursuant hereto.

Respectfully submitted on March 23, 2011.

| | |
|---|---|
| /s/ Craig Ehrlich | s/ Louis Leonard Galvis |
| Craig Ehrlich | Louis Leonard Galvis |
| Weisberg & Meyers, LLC | Sessions, Fishman, Nathan & Israel, LLC |
| 5025 N. Central Avenue, #602 | 645 Stonington Lane |
| Phoenix, AZ  85012 | Fort Collins, CO  80525 |
| Telephone:  (602) 445-9819 | Telephone:  (970) 223-4420 |
| *For Plaintiff Darrel Trout* | *For Defendant NCO Financial Systems, Inc.* |