IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-03118-RPM-MEH

DARREL TROUT,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.

_____

## ORDER FOR DISMISSAL
_____

    Pursuant to the Stipulation of Dismissal with Prejudice [14] filed March 23, 2011, it is

    ORDERED that this action is dismissed with prejudice, each party to pay their own attorney's fees and costs.

    DATED:   March 24, 2011

                                   BY THE COURT:

                                   s/Richard P. Matsch
                                   _____
                                   Richard P. Matsch, Senior District Judge